**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Pete SMITH, a/k/a Jose, Defendant–**
**Appellant.**

**No. 02–6903.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2002.

Decided Aug. 2, 2002.

on officials for mailing. *See* Fed. R.App. P. 4(c); *Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

Pete Smith, Appellant Pro Se. Scott Patrick Mebane, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Pete Smith appeals the district court's order denying his motion construed as filed under 28 U.S.C.A. § 2255 (West Supp.2002). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Smith,* Nos. CR–93–117; CA–02–265 (M.D.N.C. May 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*